# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT C. BOLUS, | CASE NO. 3:19-cv-00269-JMM-GBC |
| Plaintiff, | |
| v. | (MAGISTRATE JUDGE COHN) |
| ANDREW SAUL,<br>Commissioner of Social Security, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF |
| Defendant. | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Before the Court is Plaintiff's Motion for Extension of Time to File Brief, filed July 26, 2019. (Doc. 7). The Court hereby GRANTS Plaintiff's Motion for Extension of Time to File Brief and Plaintiff has until October 16, 2019 to file brief.

SO ORDERED this October 2, 2019　　　　　　　　　　s/Gerald B. Cohn
　　　　　　　　　　　　　　　　　　　　　　　　　GERALD B. COHN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE